UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ILAW,<br><br>    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 15-609 (CKK) |

ORDER
(April 27, 2015)

Plaintiff Miguel Ilaw, proceeding *pro se*, filed suit against the United States Department of Justice, District Court Judge Lucy H. Koh, and Littler Mendelson, P.C., bringing several claims against Defendants for their actions related to an employment discrimination case brought by Plaintiff in a Ninth Circuit district court. Presently before the Court is Plaintiff's [3] Motion for CM/ECF User Name and Password and [4] Motion for Appointment of Counsel. Local Civil Rule 5.4(b)(2) states that "[a] pro se party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned." In an exercise of its discretion, the Court will **DENY** Plaintiff's [3] Motion for CM/ECF User Name and Password **WITHOUT PREJUDICE**. Plaintiff may re-file such a motion at a later date, after the Court has a better sense of how this litigation will proceed.

As to Plaintiff's request for appointed counsel, the Local Civil Rules of the United States District Court for the District of Columbia only permit the Court to appoint counsel for *pro se* litigants proceeding *in forma pauperis*. *See* Local Civil Rule 83.10(a) & 83.11. Plaintiff has not sought to proceed *in forma pauperis* and has paid the filing fee in this case. Accordingly, Plaintiff

is not eligible to receive appointed counsel in his civil case.

The Court finds that even if Plaintiff were eligible to proceed *in forma pauperis*, in light of the factors articulated in Local Civil Rule 83.11(b)(3), this case is not appropriate for the appointment of counsel. The Court finds Plaintiff's conclusion that the assistance of counsel will be necessary in this case premature at this stage.

Accordingly, it is, this 27th day of April, 2015, hereby

**ORDERED** that Plaintiff's [3] Motion for CM/ECF User Name and Password and Plaintiff's [4] Motion for Appointment of Counsel are **DENIED**.

IT IS **FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff's address of record.

**SO ORDERED.**

                                                            */s/*
                                        **COLLEEN KOLLAR-KOTELLY**
                                        UNITED STATES DISTRICT JUDGE