# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ILAW,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　Defendants. | Civil Action No. 15-609 (CKK) |

# ORDER
(July 10, 2015)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 10th day of July, 2015, hereby

**ORDERED** that Defendant's [12] Motion to Vacate Clerk's Entry of Default is GRANTED;

IT IS **FURTHER ORDERED** that Plaintiff's [28] Application for Second Entry of Default Against Defendant Littler Mendelson is DENIED;

IT IS **FURTHER ORDERED** that Plaintiff's [26] Motion for Default Judgment Against Littler Mendelson is DENIED as MOOT;

IT IS **FURTHER ORDERED** that Plaintiff's [34] Motion for Leave to File Supplemental Pleading Against Defendant Littler Mendelson is GRANTED;

IT IS **FURTHER ORDERED** that Defendant shall file an amended Reply by no later than **JULY 21, 2015**.

　　//

　　//

**SO ORDERED**.

>                      */s/*
> **COLLEEN KOLLAR-KOTELLY**
> UNITED STATES DISTRICT JUDGE