UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ILAW, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>DEPARTMENT OF JUSTICE, <br>LUCY H. KOH, and <br>LITTLER MENDELSON, P.C., <br><br>　　　　Defendants. | Civil Action No. 15-0609 (CKK) |

## ORDER

　　Defendant's Motion to Seal is hereby GRANTED. The Court ORDERS that all references to Defendant Koh's home address in submissions to this Court are hereby placed under seal. The Clerk of Court shall promptly remove Docket Entries 13, 18, 32, and 33 from the record, because those filings contain information (Judge Koh's home address) that is under seal. Mr. Ilaw is directed to resubmit redacted versions of the relevant filings to the Court within 14 days of this Order; those redactions shall remove all references to Defendant Koh's home address.

　　The Court further ORDERS that the parties shall not include Defendant Koh's home address in any further motions, pleadings, or other submissions that are publicly filed, or in the publicly filed certificate of service that accompanies any such filing. All filings placed on the public docket must be redacted to remove Judge Koh's home address, and any unredacted version must be filed under seal in accordance with the procedures set forth in Local Civil Rule 5.1.

　　It is SO ORDERED this 28th day of July.

_/s/ Judge Reggie B. Walton for Judge Kollar Kotelly_
The Honorable Colleen Kollar Kotelly
United States District Judge for the District of Columbia