IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ILAW,<br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et. al.,*<br>*Defendants.* | REDACTED VERSION<br>ECF No. 33<br><br>Case No. 1:15-cv-609-CKK<br><br>Rule 41(a)(1)(A)(i) |

### PLAINTIFF'S APPLICATION
### FOR VOLUNTARY DISMISSAL OF ACTION
### AGAINST DEFENDANT DEPARTMENT OF JUSTICE

Indigent Pro Se Plaintiff, Miguel Ilaw, is voluntarily dismissing his civil rights action against the United States Department of Justice (DOJ) pursuant to Federal Rules of Civil Procedure 41.

It is always the intent of the United States and the Department of Justice to implement due administration of justice. Therefore, for judicial economy, Plaintiff is only pursuing Case No. 1:15-cv-00609-CKK against the officers of the court as private parties, 1) Defendant Lucy H. Koh, individual capacity and 2) Defendant Littler Mendelson, a Professional Corporation. As of this date, July 3, 2015, Defendant DOJ, US Attorney General and The District of Columbia US Attorney have not served any responsive pleading, any answer or any counterclaim. DOJ has not served any notice of appearance. Rule 41(a)(1)(A)(i).

I wrote this application for voluntary dismissal. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2015 in San Jose, California.

/Miguel Ilaw/
MIGUEL ILAW, Plaintiff

Amended Application 07/03/2015



RECEIVED
Mail Room

AUG - 3 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA
Case No. 1:15-cv-609-CKK

## CERTIFICATE OF SERVICE
LCrR 49.2

I, MIGUEL ILAW, certify that on this date, July 3, 2015, the attached *'Application for Voluntary Dismissal of Action Against Defendant Department of Justice'* is served upon the following by US Postal Service.

US *Department of Justice*
950 Pennsylvania Avenue, NW
Washington, DC 20530

US *Attorney General*
950 Pennsylvania Avenue, NW
Washington, DC 20530

US Attorney, *The District of Columbia*
555 Fourth Street, NW
Washington, DC 20530

### REDACTED ECF No. 33

Attorney Joseph Peter Harkins
1150 17th Street, NW, Suite 900
Washington, DC 20036

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 3rd day of July, 2015 in San Jose, California.

*/s/ Miguel Ilaw/*
MIGUEL ILAW, Plaintiff

Amended Application 07/03/2015

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:15-cv-609-CKK

**PLAINTIFF'S NOTICE OF COMPLIANCE**
ORDER July 28, 2015

The foregoing REDACTED ECF. No. **33** is in compliance with the Court's order to seal Lucy H. Koh's home address. I verified that the redacted version ECF No. **33** is from original filing.

I served Redacted ECF No. **33** upon Assistant United States Attorney Robin M. Meriweather by electronic transmission, Email: Robin.Meriweather2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of July, 2015 in San Jose, California.

*/s/ Miguel Ilaw/*
MIGUEL ILAW, Plaintiff

1