**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MIGUEL ILAW,

    Plaintiff,

      v.

DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

**Civil Action No. 15-609 (CKK)**

**ORDER**
(August 24, 2015)

Presently before the Court is Plaintiff's [63] Motion for CM/ECF User Name and Password.  Local Civil Rule 5.4(b)(2) states that "[a] pro se party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned."  To obtain leave of Court, the *pro se* party must file a written motion

> describing the party's access to the internet, confirming the capacity to file documents and receive filings electronically on a regular basis, and certifying that he or she either has successfully completed the entire Clerk's Office on-line tutorial or has been permitted to file electronically in other federal courts.

*Id.*  Neither Plaintiff's present motion for CM/ECF user name and password, nor Plaintiff's prior motion denied by the Court without prejudice, *see* Order (April 27, 2015), ECF No. [7], comply with the requirements of Local Civil Rule 5.4(b)(2).  In light of this fact, and in an exercise of its discretion, the Court will **DENY** Plaintiff's [63] Motion for CM/ECF User Name and Password.

      **SO ORDERED.**

                         _/s/_
                         **COLLEEN KOLLAR-KOTELLY**
                         UNITED STATES DISTRICT JUDGE