UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ILAW,<br><br>    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 15-609 (CKK) |

ORDER
(August 25, 2015)

On July 28, 2015, Plaintiff filed a [54] Motion for Immunity Analysis. Defendant Koh's response to Plaintiff's [54] Motion was due on August 14, 2015, and Plaintiff's reply was due on August 24, 2015. On August 17, 2015, Defendant filed her response on the docket along with a [71] Motion for Enlargement of Time to Respond to Motion for Immunity Analysis and explained that she had "mistakenly calendared the deadline for this response as August 21, 2015, and discovered that mistake when reviewing the docket [on August 17]." Defs.' Mot., at 1. Defendant requested an extension of time *nunc pro tunc* to August 17, 2015, to file her response. *Id.* Defendant indicated that Plaintiff opposed Defendant's [71] Motion, but no opposition has been received by Plaintiff as of the date of this Order. Nor has Plaintiff filed a reply in support of his [54] Motion for Immunity Analysis. Accordingly, the Court hereby **ORDERS** that by no later than **AUGUST 28, 2015**, Plaintiff shall file either an opposition to Defendant's [71] Motion for Enlargement of time or his Reply in support of his [54] Motion for Immunity Analysis. If Plaintiff does not file an opposition by that date, the Court will grant Defendant's [71] Motion *nunc pro tunc*. If Plaintiff does not file a Reply or a request for an extension of time to file his Reply by that

date, the Court will proceed to resolve Plaintiff's [54] Motion based on the filings received by the Court as of that date.

**SO ORDERED.**

/s/
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE