UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ILAW,<br><br>   Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | Civil Action No. 15-609 (CKK) |

ORDER
(August 28, 2015)

Plaintiff has filed a [77] Motion for Enlargement of Time to Respond and Reply and For Leave to Extend Page Limitation. Plaintiff seeks an extension of time to file a response to Defendant's [70] Motion to Dismiss and to Defendant's [72] Opposition to Plaintiff's Motion for Immunity Analysis. Plaintiff's responses to each filing are presently due September 3, 2015, and August 28, 2015, respectively. Plaintiff seeks an extension of time until September 11, 2015, to file each response. The Court hereby DENIES WITHOUT PREJUDICE Plaintiff's [77] Motion for failure to comply with District Court Local Civil Rule 7(m), which requires a party filing any nondispositive motion in a civil action to "discuss the anticipated motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement." Local Civil Rule 7(m) also provides that "[a] party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Plaintiff has not indicated in his [77] Motion Defendant's position on his request for an extension of time. Accordingly, Plaintiff's [77] Motion for Enlargement of Time to Respond and Reply is DENIED WITHOUT PREJUDICE.

As for Plaintiff's request for a five-page extension in his response briefs, Plaintiff has not provided any reason as to why he requires five additional pages of briefing when he is already entitled to 45 pages for his opposition to Defendant's Motion to Dismiss and 25 pages for his reply in support of his Motion for Immunity Analysis.  *See* LCvR 7.  Accordingly, the Court hereby DENIES WITHOUT PREJUDICE Plaintiff's [77] Motion For Leave to Extend Page Limitation.

**SO ORDERED.**

          */s/*
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE