UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIGUEL ILAW,

   *Plaintiff*,

      v.

DEPARTMENT OF JUSTICE,
LUCY H. KOH, and
LITTLER MENDELSON, P.C.,

   *Defendants*.

**Civil Action No. 15-609 (CKK)**

**ORDER**
(October 2, 2015)

On September 23, 2015, Defendants Littler Mendelson. P.C. ("Littler") and Judge Lucy H. Koh ("Judge Koh")[1] filed a [84] Joint Motion to Stay Briefing of Plaintiff's [82] Motion for Summary Judgment, filed by Plaintiff on September 15, 2015. Defendants request that the Court stay the time within which the Defendants must file a response to Plaintiff's Motion for Summary Judgment until 28 days after this Court has ruled on each Defendant's Motion to Dismiss currently before the Court. Defendant Littler filed a Motion to Dismiss, Motion to Change Venue, and Motion for More Definite Statement on June 22, 2015. *See* E.C.F. No. [19]. Defendant Judge Koh filed a Motion to Dismiss on August 17, 2015. *See* E.C.F. No. [70]. On October 1, 2015, Plaintiff filed his opposition to Defendants' [84] Joint Motion to Stay Briefing.

"A stay is not a matter of right, even if irreparable injury might otherwise result. It is instead an exercise of judicial discretion, and the propriety of its issue is dependent upon the

---

[1] Defendant Judge Koh is being sued in her individual capacity. On July 10, 2015, the Court dismissed Defendants Department of Justice and Judge Lucy H. Koh in her official capacity from this action. *See* Minute Order dated July 10, 2015.

circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433–434 (2009) (citations and quotations omitted).  The Court concludes that in these circumstances, it is in the interests of justice to stay briefing of Plaintiff's Motion for Summary Judgment until after the Court rules on the pending Motions to Dismiss.  Defendants' Motions to Dismiss raise threshold defenses which, if accepted by the Court, would dispose of all or some of the claims raised in Plaintiff's Complaint and his Motion for Summary Judgment.  Furthermore, Plaintiff filed his Motion for Summary Judgment after the parties had completed briefing each Defendant's Motion to Dismiss.  Accordingly, the Court hereby GRANTS Defendants' [84] Joint Motion to Stay Briefing of Plaintiff's [82] Motion for Summary Judgment.  The Court **ORDERS** that briefing of Plaintiff's [82] Motion for Summary Judgment be stayed until this Court has ruled on each Defendant's Motion to Dismiss.  Defendants' Response to Plaintiff's Motion for Summary Judgment shall be due 28 days after this Court has issued Orders resolving each Defendant's Motion to Dismiss, unless the Court grants the Motions to Dismiss in their entirety, in which case no further response from Defendants shall be due.

      **SO ORDERED.**

                                                                            */s/*
                                             **COLLEEN KOLLAR-KOTELLY**
                                             UNITED STATES DISTRICT JUDGE